1100

No. 88–6654. TIPPITT v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 88–6783. SALCEDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6788. SMITH v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 88–6809. HAYES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6841. VASQUEZ v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 88–6882. MAHONE v. STERNWEILER ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–6899. HENRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6954. JOHNSON v. SPANIOL, CLERK, UNITED STATES SUPREME COURT. C. A. D. C. Cir. Certiorari denied.

No. 88–6974. SKOVRAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6987. THOMPSON v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 88–6990. HOLLOWAY v. PACK ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6993. TRAINER v. YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 88–7011. WILSON v. KASSICIEH ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–7015. MARTIN v. C. ITOH & CO., INC., ET AL. Sup. Ct. Del. Certiorari denied.

No. 88–7022. HENDERSON v. BATTLE CREEK MEDICAL EDUCATION CORP. ET AL. C. A. 6th Cir. Certiorari denied.